| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 9-26-06 |
| 1. Article Addressed to:<br><br>Hi-Ridge Transport, Inc.,<br>Kendrick McCullough, Registered Agent<br>Rt. 1 Box 519<br>Highland Home, Alabama 36041 | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No<br><br>P.O. Box 70<br>2:06CV847-MHT<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0006 0034 2396 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540