IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALLIE STAPLER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) **2:06-cv-847** |
| | ) |
| HI-RIDGE TRANSPORT, INC., | ) |
| | ) |
|    Defendant. | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on November 2, 2006and was attended by: Audrey R. Channell on behalf of plaintiff and Thomas C. Tankersley on behalf of defendant.

2. **Pre-Discovery Disclosures**. The parties will exchange by November 16, 2006 the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

Discovery will be needed on the following subjects:

All allegations contained in plaintiff's Complaint; all facts surrounding plaintiff's claims under Title VII of the Act of Congress known as the "Civil

Rights Act of 1964," 42 U.S.C. § 2000e *et seq*., as amended by the Civil Rights Act of 1991, and 42 U.S.C. § 1981a, and the Pregnancy Discrimination Act, Section 701(k).; all facts relevant to the defense of this case; and all facts relevant to the credibility of all witnesses.

**Discovery is to be completed by July 2, 2007.**

**Maximum of 30 interrogatories by each party to any other party. Responses and objections due 30 days after service.**

**Maximum of 45 request for production by each party to any other party. Responses due 30 days after service.**

**Maximum of 25 requests for admission by each party to any other party. Responses and objections due 30 days after service.**

Maximum of 7 depositions by plaintiff and 7 by defendants.

Reports from retained experts under Rule 26(a)(2) due from the parties on March 2, 2007.

Supplementals under Rule 26(e) due May 2, 2007.

3.   **Other Items.**

The parties do not request a conference with the Court before entry of the scheduling order.

The parties should be allowed until April 2, 2007, to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by June 1, 2007. Plaintiff's reply due June 22, 2007.  The parties shall engage in good faith

settlement negotiations on June 29, 2007.[1]

The parties have discussed the possibility of settlement, which may be enhanced by the use of mediation.

The parties pretrial conference is scheduled for August 31, 2007.

Final witness and exhibit lists under Rule 26(a)(3) should be due thirty (30) days before trial.

Parties should have 14 days after service of final witness and exhibit lists to file objections under Rule 26(a)(3).

The case is set for trial week of October 1, 2007, and at this time is expected to take approximately 2-3 days.

                                              Respectfully submitted,

                        <u>/s/ Audrey R. Channell</u>
                        Deborah A. Mattison
                        Audrey R. Channell
                        Attorneys for Plaintiff

**OF COUNSEL:**
**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500

---

[1] This deadline does not preclude any settlement discussions that may occur before this date.

                                      <u>/s/ Thomas C. Tankersley (with permission ARC)</u>
                                      Thomas C. Tankersley
                                      Attorney for Defendant

**<u>OF COUNSEL:</u>**
**THOMAS C. TANKERSLEY, P.C.**
602 South Hull Street
P.O. Box 11386
Montgomery, Alabama 36111
(334) 819-7890


DATED:    <u>November 6, 2006</u>