IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALLIE STAPLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: 2:06-cv-847 |
| | ) | |
| HI-RIDGE TRANSPORT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties in this action and move the Court to dismiss this action with costs taxed as paid. As grounds therefore, the parties state that they have entered into a Settlement Agreement that concludes this matter.

Respectfully submitted,

/s/ Audrey R. Channell
AUDREY R. CHANNELL
Attorney for Plaintiff
CALLIE STAPLER

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTIZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205)314-0577

_____
THOMAS C. TANKERSLEY
ASB-0492-R747
Attorney for Defendant
HI-RIDGE TRANSPORT, INC.

OF COUNSEL:

THOMAS C. TANKERSLEY, P.C.
602 South Hull Street
Post Office Box 11386
Montgomery, Alabama 36111-0386
(334)819-7890
thomas@tctankpc.com

2